STATE OF CONNECTICUT:

                         : ss: MANCHESTER      MAY 26, 2026

COUNTY OF HARTFORD   :


Then and by virtue hereof, and by direction of the Attorney, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL, PRAYER FOR RELIEF, DEMAND FOR JURY TRIAL, EXHIBITS, CORPORATE DISCLOSURE STATEMENT, CERTIFICATION, NOTICE OF ELECTRONIC FILING, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION, NOTICE OF ELECTRONIC FILING, NOTICE TO COUNSEL AND SELF REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with and in the hands of MARISSA TITUS, MANAGING DIRECTOR OF CT CORPORATION SYSTEM, 357 EAST CENTER ST, SUITE 2J, AGENT FOR SERVICE for the within named defendant **STANWICH ENERGY ADVISORS, LLC,** in the said town of MANCHESTER, County of Hartford.


And afterwards, on the 27TH day of MAY, 2026, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL, PRAYER FOR RELIEF, DEMAND FOR JURY TRIAL, EXHIBITS, CORPORATE DISCLOSURE STATEMENT, CERTIFICATION, NOTICE OF ELECTRONIC FILING, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION, NOTICE OF ELECTRONIC FILING, NOTICE TO COUNSEL AND SELF REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with and in the hands of the within named defendant **MATTHEW SHAW, 72 MAYWEED ROAD,** in the town of FAIRFIELD, County of Fairfield.

The within is the original SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL, PRAYER FOR RELIEF, DEMAND FOR JURY TRIAL, EXHIBITS, CORPORATE DISCLOSURE STATEMENT, CERTIFICATION, NOTICE OF ELECTRONIC FILING, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION, NOTICE OF ELECTRONIC FILING, NOTICE TO COUNSEL AND SELF REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with my doings thereon endorsed.

ATTEST:

WILLIAM DREW, JR.
CT STATE MARSHAL
HARTFORD COUNTY

| Verified pages | $144.00 |
| Endorsements | 5.50 |
| Service | 100.00 |
| Travel | 98.60 |
| Total | $348.10 |